UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BiCoastal Productions, Inc, et al.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>Broadcast Music Inc.,<br><br>                              Defendant. | 26-CV-720 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of Plaintiffs' First Amended Complaint, ECF No. 22, and Defendant's

corresponding Motion to Dismiss, ECF No. 23, Defendant's Motion to Dismiss the initial

Complaint, ECF No. 18, is **DENIED without prejudice** as moot.  Defendant's pending Motion

to Dismiss will be decided in due course.

The Clerk of Court is respectfully directed to close ECF No. 18.

SO ORDERED.

Dated:  April 21, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge