UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BiCoastal Productions, Inc., et al.,<br><br>                           Plaintiffs,<br><br>                 v.<br><br>Broadcast Music Inc.,<br><br>                           Defendant. | 26 Civ. 720 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **April 30, 2026,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **May 5,** at **11:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.  If any party seeks to move for a stay of discovery pending resolution of the Motion to Dismiss, they may do so in the form of a letter brief, not to exceed four (4) pages by **May 11, 2026**.

SO ORDERED.

Dated: May 4, 2026
       New York, New York

_____
           DALE E. HO
     United States District Judge