UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BiCoastal Productions, Inc.,

Plaintiff,

v.

Broadcast Music Inc.,

Defendant.

26-CV-720 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint request to stay discovery pending resolution of the Motion to Dismiss. ECF No. 50. That request is **GRANTED**. The prior request for a stay of discovery, ECF No. 35, and the parties' various requests for extensions on discovery deadlines, ECF Nos. 43, 48, are **DENIED WITHOUT PREJUDICE** as moot. In light of the stay of discovery, the Court defers ruling on the parties' outstanding discovery disputes, ECF Nos. 44, 51, 53, and 54, following the resolution of the pending motion to dismiss. If any parties seek a ruling on any of these motions prior to resolution of the motion to dismiss, they may file a status letter so indicating on or before October 7, 2026. In the event the motion to dismiss is denied, the parties will be invited to submit a status letter indicating whether they seek rulings on any outstanding discovery motions on the existing letter briefs, and to submit an amended case management plan.

The Clerk of Court is respectfully directed to close ECF Nos. 35, 43, 48, and 50.

SO ORDERED.

Dated: September 30, 2026
New York, New York

DALE E. HO
United States District Judge