UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BiCoastal Productions,

Plaintiff,

v.

Broadcast Music,

Defendant.

26-CV-720 (DEH)

ORDER

DALE E. HO, United States District Judge:

The conference in this case, currently scheduled for October 27, 2026 is **ADJOURNED** ***sine die***, pending resolution of the motion to dismiss, ECF No. 23.

SO ORDERED.

Dated: October 15, 2026
New York, New York

DALE E. HO
United States District Judge